# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **BRENT JOSEPH FEARHEILY #514442** | **CASE NO. 2:21-CV-00305 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DANNY SEMMES ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 5] of the Magistrate Judge, recommending that the claims against defendant Danny Semmes be dismissed with prejudice as frivolous. The court has conducted an independent review of the record, notes the lack of objections, and finds that the report and recommendation is correct under applicable law. Accordingly, **IT IS ORDERED** that the Report and Recommendation [doc. 5] be **ADOPTED** and that all claims against Danny Semmes be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). The claims against defendant Eduardo Mendoza remain pending before the court.

**THUS DONE AND SIGNED** in Chambers on this 30th day of June, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**