UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BRENT JOSEPH FEARHEILY** | **CASE NO.  2:21-CV-00305 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DANNY SEMMES, ET AL** | **MAGISTRATE JUDGE KAY** |

## FINAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment [doc. 16] be **GRANTED** and that this action be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 21st day of March, 2022.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**